**Fill in this information to identify the case:**

Debtor 1 IRMA MARIE ONOPA-TORRES FKA IRMA TORRES
Debtor 2 JENNIFER LYNNETTE ONOPA-TORRES FKA JENNIFER LYNETTE ROSE

United States Bankruptcy Court for the: WESTERN District of Texas
Case number 24-30310

Official Form 410S2
**Notice of Postpetition Mortgage Fees, Expenses, and Charges**    12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:**
ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC

**Court Claim no. (if known):** 4

**Last four digits of any number you use to identify the debtor's account:** XXXX1325

Does this notice supplement a prior notice of post-petition fees, expenses and charges

☑ No
☐ Yes. Date of the last notice: _____

**Part 1:** Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred

| Description | Dates occurred | | Amounts |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | 04/10/2024 | (5) | $300.00 |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify | | (10) | $ |
| 11. Other. Specify | | (11) | $ |
| 12. Other. Specify | | (12) | $ |
| 13. Other. Specify | | (13) | $ |

14. Other. Specify _____ (14) $_____

The Debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

## Part 2: Mortgage Payment Adjustment

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

Signature: /s/ Dominique Varner       Date: 5/14/24

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-590-4218, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-590-4222, mweems@hwa.com

| | |
|---|---|
| **Company:** | Hughes Watters & Askanase, LLP |
| **Address:** | 1201 Louisiana, Suite 2800 |
| | Houston, Texas 77092 |
| **Contact Phone:** | 713-590-4200 |

**Title:** Attorney for ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC

**Email:** dvarner@hwa.com
           mweems@hwa.com

PPFN 2024-001459 LPerez

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the \_\_14th\_\_ day of May, 2024, to:

DEBTORS
IRMA MARIE ONOPA-TORRES
FKA IRMA TORRES
JENNIFER LYNNETTE ONOPA-TORRES
FKA JENNIFER LYNETTE ROSE
14432 CHARRO POINT
EL PASO, TX  79938

DEBTORS' ATTORNEY
STUART M. PRICE
RESOLVE LAW GROUP
801 TRAVIS ST., STE. 2101
HOUSTON, TX 77002

TRUSTEE
STUART C. COX
CHAPTER 13 TRUSTEE
1760 N. LEE TREVINO DR.
EL PASO, TX  79936

Dominique Varner       TBA #00791182/FIN 18805
Michael Weems          TBA #24066273



**HughesWattersAskanase**
Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO.

April 11, 2024

ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC

# I N V O I C E

Matter ID: 2024-001459
ONOPA-TORRES, IRMA
Client ID: ROCKET MORTGAGE, LLC FKA

Invoice #:

03/20/2024
**For Professional Services Rendered:**

| 04/10/2024 | Prepare and File Proof of Claim _recoverable | $300.00 |
| | Total Professional Services: | $300.00 |

**INVOICE SUMMARY**

| For Professional Services: | $300.00 |
| **Total Due:** | **$300.00** |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription

Page 1